**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Alvaro PRADO–ORTIZ, also known as Alvaro Ortiz Prado, Defendant–Appellant.**

No. 09–51030
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 17, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Alfred Van Sumpter, Law Office of Alfred V. Sumpter, Del Rio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alvaro Prado–Ortiz has moved for leave to withdraw and has filed a brief in accor-

---

dance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Prado–Ortiz has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.